THE STATE OF CONNECTICUT *vs.* CHARLES L. BEERS.

Third Judicial District.
Argued June 16th—decided August 12th, 1904.

PROSECUTION for unlawfully failing and neglecting to support his wife and minor children, brought by appeal of the accused from a judgment of the City Court of New Haven to the Criminal Court of Common Pleas in New Haven County and tried to the jury before *Bishop, J.;* verdict and judgment of guilty, and appeal by the accused from the refusal of the trial court to set aside the verdict as against the evidence.   *No error.*

*Joseph L. Barbour* and *Jacob B. Ullman*, for the appellant (the accused).

*Jacob P. Goodhart*, with whom was *Robert J. Woodruff*, Prosecuting Attorney, for the appellee (the State).

Opinion filed with clerk of the Court of Common Pleas in New Haven County.